Fritz BAKKER, Hendrick M. Bakker, Jacob Bakker, and James R. Vernon, Petitioners,

v.

The EMPIRE SAVINGS, BUILDING AND LOAN ASSOCIATION and Nancy J. Flett, Public Trustee for the County of Jefferson, Respondents.

No. 81 SC 280.

Supreme Court of Colorado.

March 12, 1982.

ORDER OF COURT

Upon consideration of the Stipulation to Dismiss Appeal, 634 P.2d 1021, filed herein, and now being sufficiently advised in the premises,

It Is This Day Ordered that said Stipulation shall be, and the same hereby is, Approved, and this case is Remanded to the Colorado Court of Appeals for further proceedings.

In re the Marriage of: Richard E. LORD, Petitioner,

v.

Florence H. LORD, Respondent.

No. 81 SC 4.

Supreme Court of Colorado.

March 26, 1982.

Valjean H. McCurdy, Arvada, for petitioner.

Frederick Epstein, Denver, for respondent.

ORDER OF COURT

Upon consideration of the Stipulation of Settlement filed herein, and now being sufficiently advised in the premises,

It Is This Day Ordered that said Stipulation shall be, and the same hereby is, Approved, and this appeal is Dismissed, 626 P.2d 698, and the matter Remanded to the Court of Appeals for any further proceedings.